UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

Application (1)

IN RE:

Debtor: Vidatronic Inc.

Bankruptcy Case Number: 23-10371

FILED
DEC 16 2024
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Natalia Naranjo de Robinson
PHONE NUMBER: +507-66135380     LAST FOUR DIGITS OF SOCIAL SECURITY NO: _____
MAILING ADDRESS: Costa del Este, Ave. Paseo del Mar,
Edif. OceanTwo Apto. 56, Rep. of Panama
CITY: Panama     STATE: PTY     ZIP: 00000

and that a dividend in the amount of $ 27,008.50 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 10th, December, 2024

Claimant's Signature

State of Panama
County of Panama
Subscribed and sworn to before me this 10 day of December, 2024

Lic. Jorge E. Gantes S.
Notario Público Primero
Notary Public

My commission expires: July 01, 2029.

Mail to: United States Bankruptcy Court
Attn: Financial Administrator
615 E. Houston, Suite 597
San Antonio, TX 78205

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:

| | | |
|---|---|---|
| | § | |
| | § | |
| | § | Chapter |
| | § | |
| | § | |
| Debtor(s) | § | Bankruptcy Case No. |
| Vidatronic Inc. | § | 23-10371 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of December, 20 24, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

⦿ Austin Division
US Attorney
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

○ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

○ San Antonio Division
US Attorney
601 NW Loop 410,
Suite 600
San Antonio, TX 78216

○ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

○ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: 6th, December, 2024

By: Natalia Navahjo de Robinson