

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 16, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**
**Austin Division**

IN RE: **Vidatronic, Inc.** , Debtor(s)        Case No.: 23−10371−smr

### ORDER AUTHORIZING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:          Natalia Naranjo de Robinson
    ADDRESS:     Costa del Este, Ave. Paseo del Mar
                         Edif. Ocean Two Apto. 56
                         Republic of Panama, Panama

Claimant, for payment of a dividend from unclaimed funds in the amount of $27008.50. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

    that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

    *Verification of Funds dated:12/16/2024 by Finance Dept.*
                                                     ###